**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 25 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MONTANA ENVIRONMENTAL INFORMATION CENTER; et al., <br><br>    Plaintiffs - Appellants, <br><br> v. <br><br> UNITED STATES BUREAU OF LAND MANAGEMENT, an agency in the U.S. Department of Interior; et al., <br><br>    Defendants - Appellees, <br><br> AMERICAN PETROLEUM INSTITUTUE; et al., <br><br>    Intervenor-Defendants - Appellees. | No. 13-35688 <br><br> D.C. No. 4:11-cv-00015-SEH District of Montana, Great Falls <br><br> ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

The Federal defendants-appellees' opposed motion to remand is denied.

The Federal defendants-appellees' answering brief is now due May 27, 2014. The optional reply brief is due within 14 days after service of Federal defendants-appellees' answering brief.

KS/MOATT